IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| FX AVIATION CAPITAL LLC,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>LG AVIATION, INC., MARK LIKER, HECTOR GUERRERO, ANATOLY GALUNOV, STRATUS AIRCRAFT N/KAAIRLUX AIRCRAFT INC.,<br><br>    Defendants-Appellees.<br>_____ | No. 24-1027<br>(6:22-cv-0154-HMH) |

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and this Court's Rule 27, Defendants-Appellees LG AVIATION, INC. and MARK LIKER respectfully moves to extend the time allowed for filing its Response Brief by forty-five days, up to and including August 30, 2024.

    1.    On January 2, 2024, Plaintiff-Appellant FX Aviation Capital LLC ("FX") filed a Notice of Appeal of the District Court's Order granting summary judgment to FX with respect to Plaintiff-Appellant's claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO").

2. On March 7, 2024, the Court issued an informal briefing order pursuant to which Plaintiff-Appellant's informal opening brief is due on April 16, 2024, and Defendants-Appellees Response Brief was due on May 16, 2024.

3. On April 3, 2024, the Court extended FX's time to file its opening brief from April 16, 2024, to May 16, 2024, and Defendants-Appellees Response Brief was due on June 17, 2024.

4. On May 10, 2024, the Court extended FX's time to file its opening brief from May 16, 2024, to May 30, 2024, and Defendants-Appellees Response Brief was due on July 1, 2024.

5. On June 26, 2024, this Court granted Appellees' Motion for Extension of Time to File Appellees' Opening Brief, extending Appellees' to August 15, 2024. The Court did indicate that a further extension would be disfavored.

6. On August 6, 2024, the undersigned counsel for Appellees determined that he did not have the sealed Volume II of the so-called Joint Appendix filed on May 30, 2024. At that time, Craig Smith contacted Bill Foster, counsel for Appellant by email requesting a copy of the appendix. Mr. Foster did not respond. On August 8, 2024, Craig Smith called Mr. Foster and in speaking with Mr. Foster, requested a copy of the sealed Volume II. Mr. Foster only stated

he would look into it. A follow up email was sent to Mr. Foster on August 8, 2024. Mr. Foster has not responded.

7. On August 9, 2024, Craig Smith called this Court's clerk to inquire about the sealed Volume II. The clerk indicated that no proof of service was in the Court's file.

8. The Court has not set this matter for oral argument.

9. Appellees are requesting an extension up to and including August 30, 2024, together with an order of this Court directing Appellant to electronically serve sealed Volume II on Appellees forthwith.

10. An extension of time will allow counsel for Defendants-Appellees LG AVIATION, INC. and MARK LIKER to complete work on the the Response Brief and any additional appendix.

11. For the reasons set forth in this motion, Defendants-Appellees LG AVIATION, INC. and MARK LIKER respectfully request that the Court grant their motion to extend the time for filing a brief on the merits up to and including August 30, 2024 and issue an order to Appellant to electronically serve sealed Volume II on Appellees forthwith.

DATED: August 9, 2024         SMITH LAW FIRM, APLC

                                        By:  / Craig R. Smith
                                            CRAIG R SMITH, ESQ.
Attorney for Defendants-Appellees
LG AVIATION, INC. and MARK LIKER

## CERTIFICATE OF SERVICE

     I hereby certify that on August 9, 2024, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  / Craig R. Smith  
                                                CRAIG R. SMITH