FILED: August 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1027
(6:22-cv-01254-HMH)
_____

FX AVIATION CAPITAL LLC

      Plaintiff - Appellant

v.

HECTOR GUERRERO; MARK LIKER; ANATOLY GALUNOV; AIRLUX AIRCRAFT INC., f/k/a Stratus Aircraft; LG AVIATION INC.

      Defendants - Appellees

 and

VARGHESE SAMUEL

      Defendant

_____

O R D E R
_____

The court grants an extension of the briefing schedule and denies as moot the request for an order. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

Response brief due: 08/30/2024

Any reply brief: 21 days from service of response brief.

                               For the Court--By Direction

                               <u>/s/ Nwamaka Anowi, Clerk</u>