FILED: November 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1027
(6:22-cv-01254-HMH)
_____

FX AVIATION CAPITAL LLC

      Plaintiff - Appellant

v.

HECTOR GUERRERO; MARK LIKER; ANATOLY GALUNOV; AIRLUX AIRCRAFT INC., f/k/a Stratus Aircraft; LG AVIATION INC.

      Defendants - Appellees

and

VARGHESE SAMUEL

      Defendant

_____

O R D E R
_____

This case is currently scheduled for oral argument on December 11, 2024. The parties are directed to file supplemental briefs addressing the following questions:

    (1) Whether the district court's grant of summary judgment as to Anatoly Galunov, LG Aviation, Inc., Mark Liker, and Stratus

Aircraft—but not as to defendant Hector Guerrero—constitutes a final decision for purposes of 28 U.S.C. § 1291; and

(2) Whether, if the grant of summary judgment is not a final decision for purposes of 28 U.S.C. § 1291, there are any other grounds for the exercise of this Court's jurisdiction.

Exclusive of the Table of Authorities and related preliminary items described in Federal Rule of Appellate Procedure 28, the argument section of the briefs shall not exceed twelve pages.  The briefs are to be filed simultaneously and no later than the close of business on November 18, 2024.  No additional briefing is permitted unless requested by the Court.

    For the Court

    /s/ Nwamaka Anowi, Clerk