RECORD NO. 24-1027

# UNITED STATES COURT OF APPEALS

# FOR THE FOURTH CIRCUIT

**FX AVIATION CAPITAL, LLC,**
Plaintiff-Appellant,

v.

**LG AVIATION, INC., MARK LIKER, HECTOR GUERRERO, ANATOLY GALUNOV, STRATUS AIRCRAFT N/K/A AIRLUX AIRCRAFT, INC.,**
Defendants-Appellees.

## *APPELLEES' SUPPLEMENTAL BRIEF*

On Appeal from the United States District Court
for the District of South Carolina
Greenville Division
In Case No. 6:22-cv-01254-HMH
Honorable Henry M. Herlong, Jr., Senior U.S. District Court Judge

CRAIG R. SMITH (State Bar No. 180338)
SMITH LAW FIRM
A Professional Law Corporation
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 703-6057
Facsimile: (818) 703-6058

Attorneys for Appellees
LG AVIATION, INC., MARK LIKER, ANATOLY GALUNOV,
STRATUS AIRCRAFT N/K/A AIRLUX AIRCRAFT, INC.

## TABLE OF CONTENTS

**THE JUDGMENT WAS A FINAL DECISION** . . . . . . . . . . . . . . . . . . . . . . . . . 1

    A.      Procedural Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    B.      The Judgment Entered Disposed of the Case Against

              Guerrero . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    C.      The District Court Made a Finding There was No Just Cause for

              Delay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

## TABLE OF AUTHORITIES

**Cases**                                                                                       **Page**

*Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 100 S. Ct. 1460. . . . . . . . . . . . 3

**Statutes**

28 U.S.C §1291 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5

18 U.S.C. § 1962 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

FRCP 54 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4

## THE JUDGMENT WAS A FINAL DECISION

A.  **Procedural Events.**

On October 16, 2023, Appellees filed their further Motion for Summary Judgment.  AA JA180-380.  FX Aviation Capital, LLC ("FX") filed its opposition to the Motion on November 14, 2023, along with an unopposed motion to seal. AA JA381-383, JA400-544.

On December 5, 2023, Hector Guerrero ("Guerrero") purportedly signed a Waiver of Service of Summons which was filed on that date.

On December 6, 2023, the District court granted Appellee's Motion for Summary Judgment. AA JA 385-396.

On December 7, 2023, the District court issued the following order:

> TEXT ORDER: The clerk is directed to enter judgment in this case. The issue of whether Defendant Hector Guerrero has been properly served or whether an answer is required in this case is moot in light of the court's December 6, 2023, order granting summary judgment in this case. Entered at the direction of Honorable Henry M Herlong, Jr on 12/7/23. (sfla) (Entered: 12/07/2023)

See Joint Motion by FX Aviation Capital LLC for Leave to File Supplemental Joint Appendix (EFC No. 58).

On December 6, 2023, and before Appellees could file their reply brief, the District court issued its Order & Opinion Denying Defendants' Motion to Dismiss/Motion Summary Judgment (JA087-098) and entered judgment.  AA JA 385-396.  On December 7, 2023, the clerk entered judgment.  See Exhibit 1.[1]

This appeal was taken on January 3, 2024.  AA JA397.

**B.     The Judgment Entered Disposed of the Case Against Guerrero**

The District court's order granting summary judgment concluded that FX's could not state a claim under 18 U.S.C. § 1962(c) and (d).  The District court ruled:

> Accordingly, because the undisputed facts do not support a finding of either open-ended or closed-ended continuity, the court grants summary judgment on FX's § 1962(c) claim. Because FX's § 1962(c) claim fails, its conspiracy claim arising under § 1962(d) necessarily fails as well. *GE Inv. Priv. Placement Partners II v. Parker*, 247 F.3d 543, 551 n.2 (4th Cir. 2001); *Foster v. Wintergreen Real Est. Co.*, 363 F. App'x 269, 275 n.6 (4th Cir. 2010) (unpublished).

---

[1] It appears that the Clerk's Judgment was not attached to the Notice of Appeal made part of the record on appeal.  The Notice of Appeal was document 155 and the Clerk's Judgment was 155-1.

-2-

JA395.

The district court's order granting summary judgment resolved the entire case, including as to Guerrero, as the district court concluded that FX cannot, as a matter of law, establish the continuity element of its claim. The presence of absence of Guerrero could not change that conclusion. That is stated in the district court's text order of December 7, 2023.

For the foregoing reason, the district court stated the service on Guerrero would not change that result.

**C.     The District Court Made a Finding There was No Just Cause for Delay**

The summary judgment entered by the district court, coupled with the order to enter judgment, was a final decision for jurisdiction of this Court.

FRCP 54(b) allows the district court to enter judgment as to less than all parties.

> Federal Rule of Civil Procedure 54(b) allows a district court dealing with multiple claims or multiple parties to direct the entry of final judgment as to fewer than all of the claims or parties; to do so, the court must make an express determination that there is no just reason for delay.

-3-

*Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 3, 100 S. Ct. 1460, 1462.

Pursuant to FRCP 54(b), the district court made a specific order to enter judgment for less than all parties. Furthermore, the district made the specific finding for no just cause for delay. The district court concluded that whether or not Guerrero was a party to the motion could not change the outcome, given the fact that FX could not establish its claim as a matter of law. It therefore made no sense to delay entry of judgment. See Text Order of December 7, 2024.

For these reasons, the judgment is a final decision.

Should this Court decide that the judgment is not a final decision pursuant to 28 U.S.C §1291, Appellees are not aware of any basis for this Court's jurisdiction.

-4-

## CONCLUSION

Based upon the foregoing, it is respectfully requested that this Court find that the district court's judgment was a final decision for purposes of 28 U.S.C. §1291.

Respectfully submitted.

Dated: November 18, 2024

SMITH LAW FIRM
A Professional Law Corporation

BY: /Craig R. Smith
     Craig R. Smith
Attorneys for Appellees
LG AVIATION, INC., MARK LIKER,
ANATOLY GALUNOV,
STRATUS AIRCRAFT N/K/A AIRLUX
AIRCRAFT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this November 18, 2024, a true and correct copy of the foregoing Appellees' Opening Brief was filed electronically with the U.S. Court of Appeals for the Fourth Circuit, which will send a notice of the filing to all counsel of record and/or serve all unrepresented parties.

/s/ /Craig R. Smith
Craig R. Smith