## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

FX AVIATION CAPITAL LLC,

        Plaintiff-Appellant,

v.

LG AVIATION, INC., MARK
LIKER, HECTOR GUERRERO,
ANATOLY GALUNOV, STRATUS
AIRCRAFT N/KAAIRLUX
AIRCRAFT INC.,

        Defendants-Appellees.

**No. 24-1027**
**(6:22-cv-0154-HMH)**

---

## <u>MOTION TO POSTPONE DATE FOR ORAL ARGUMENT</u>

Pursuant to Federal Rule of Appellate Procedure, Rule 34, Appellees motion this Court to postpone the oral argument set for December 11, 2024.

Good cause exists to continue the hearing date.

Appellant FX AVIATION CAPITAL LLC ("FX") has a pending civil action it brought against Appellees in the San Bernardino Superior Court, styled FX Aviation Capital, LLC and CF Aviation Trust, LLC v. Airlux Aircraft, Inc., LG Aviation, Inc., Mark A. Liker and Hector Guerrero, San Bernardino Superior Court Case No. CIVDS1818632 (the "SB Action"). The SB Action arises from the same set of operative facts involved in this case. Indeed, the SB Action is

-1-

alleges claims for Claim and Delivery; Breach of Loan Agreements and Security Agreements; Breach of Unconditional Guaranty Agreements all arising from the same transactions involving the same four aircraft, which are the subject of its RICO claim in this case. Craig Smith, a solo practitioner, is counsel for Appellees in the SB Action. That case is set for trial on December 9, 2024.

When this Court issued its order setting oral argument on October 10, 2024, Craig Smith advised the trial court in the SB Action and requested a hearing to continue the trial to accommodate the oral argument in this matter. The first available date for a hearing on the request was October 31, 2024. Attached hereto as Exhibit A is Appellee's application, styled Ex Parte Application to Continue the Trial; Declaration of Craig R. Smith. Importantly, it was pointed out to the trial court in the SB Action that the decision in this case could be determinative in the SB Action.

At the October 31, 2024, hearing date, FX opposed the continuance. FX informed the trial court that Appellees could seek a postponement of the oral argument in this case. Attached hereto as Exhibit B is FX's opposition, styled Plaintiff's Opposition to Defendant's Ex Parte Application to Continue Trial.

Following the denial of the request to continue the trial, Craig Smith

contacted William Foster,[1] counsel for Appellant in this matter.  During their November 14, 2024, call, Mr. Smith advised Mr. Foster of the December 9, 2024, trial date in the SB Action and FX's refusal to continue the trial date.  Mr. Smith requested that Mr. Foster stipulate to a postponement of the oral argument date in this case.  Mr. Foster advised that he would have to clear the request with his client.  On November 18, 2024, Mr. Foster advised that FX would not agree to postpone the hearing in this case.  Attached hereto as Exhibit C is the email exchange between Craig Smith and William Foster.

FX has two pending cases that it instituted with hearings pending at the same time and it refuses to cooperate with continuing one so that both may proceed.

Based upon all of the foregoing, Appellees respectfully request that this Court postpone the oral argument.[2]

---

[1]The email prepared on November 5, 2024, was not actually transmitted inadvertently.  Counsel spoke on November 14, 2024, by telephone.

[2] In January 2025, Craig Smith is scheduled to start trial in two separate matters on January 13, 2025, and January 27, 2025.

Respectfully submitted.


DATED: November 19, 2024          SMITH LAW FIRM
                                  A Professional Law Corporation



                                  By: ___/ Craig R. Smith_____
                                      CRAIG R SMITH, ESQ.
                                  Attorney for Appellees

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this November 19, 2024, a true and correct copy of

the foregoing Motion to Postpone Date for Oral Argument was filed electronically

with the U.S. Court of Appeals for the Fourth Circuit, which will send a notice of

the filing to all counsel of record and/or serve all unrepresented parties.


/s/ <u>        /Craig R. Smith        </u>

Craig R. Smith

EXHIBIT A

1  **CRAIG R. SMITH (State Bar No. 180338)**
   **SMITH LAW FIRM**
2  **A Professional Law Corporation**
   **2629 Townsgate Road, Suite 235-1012**
3  **Westlake Village, California 91361**
   **Telephone:    (818) 703-6057**
4  **Facsimile:    (818) 337-7320**

5  Attorneys for Defendants and Cross-Complainants, LG AVIATION, INC. and MARK LIKER

6

7

                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                       **FOR THE COUNTY OF SAN BERNARDINO**

9
   FX AVIATION CAPITAL, LLC, a South          ) Case No:  CIVDS1818632
10 Carolina limited liability company; CF      )
   AVIATION TRUST, LLC, a Delaware limited     ) *ASSIGNED TO THE HONORABLE*
11 liability company;                          ) *THOMAS S. GARZA*
                                               ) *DEPT. S27*
12              Plaintiff,                      )
                                               ) **EX PARTE APPLICATION TO**
13 v.                                          ) **CONTINUE THE TRIAL;**
                                               ) **DECLARATION OF CRAIG R. SMITH**
14 AIRLUX AIRCRAFT, INC., a California          )
   corporation; LG AVIATION, INC., a           )
15 Delaware corporation· MARK A. LIKER,        ) DATE:       October 31, 2024
   individually and as Trustee of the Blanche  ) TIME:       8:30 a.m.
16 M. Liker Irrevocable Trust; HECTOR          ) DEPT.:      S27
   GUERRERO, an individual; and DOES 1 to      )
17 50, inclusive,                              ) **DATE RESERVED WITH DEPT. S-27**
                                               )
18              Defendants.                     ) Trial Date:   December 9, 2024
   _____        )
19                                             )
   AND RELATED CROSS-ACTIONS                   )
20 _____        )

21       **TO THE HONORABLE THOMAS S. GARZA, AND TO ALL PARTIES HEREIN**

22 **AND THEIR ATTORNEYS OF RECORD:**

23       **PLEASE TAKE NOTICE** that on October 31, 2024, at 8:30 a.m. or soon thereafter as

24 counsel may be heard in Department S-27 of the San Bernardino County Superior Court, located

25 at 247 West Third Street, San Bernardino, CA 92415-0210, Defendants LG AVIATION, INC.

26 and MARK LIKER hereby move this Court for an Order continuing the Trial presently set for

27

28
                                         - 1 -

   **EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

1  December 9, 2024, until on or after February 24, 2025, or such other date as the Court deems

2  proper.

3       Good cause exists to continue the trial.

4       Plaintiff FX Aviation Capital, LLC ("FX"), filed another action against these Defendants

5  in United States District Court in South Carolina.  Summary judgment was granted against FX

6  who appealed the judgment.  Oral argument on the appeal is set for December 11, 2024, in

7  Richmond, Virginia.  It is an in-person only appearance.  In that case, Plaintiffs have used the

8  same set of facts for the claims in this case and repackaged them as racketeering activity.  Issues

9  in that case can be determinative in this case.

10       This ex parte application is based on California Rules of Court, Rules, 3.1201, 3.1202,

11  3.1203, and 3.1204.

12       This ex parte application is supported by this Notice, the attached Memorandum of Points

13  and Authorities, the Declaration of Craig R. Smith, the [Proposed] Order, all pleadings, papers,

14  records,  and files in this case, and such other oral and documentary evidence as may be

15  presented at the hearing on this matter.

16

17  DATED: October 30, 2024                    SMITH LAW FIRM
                                               A Professional Law Corporation
18

19                                             By: _____
                                                   CRAIG R. SMITH
20                                                 Attorneys of Defendants and Cross-
                                                   Complainants, LG AVIATION, INC. and
21                                                 MARK LIKER

22

23

24

25

26

27

28

- 2 -

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### A CONTINUANCE OF THE TRIAL IS REQUIRED
### BECAUSE OF FX OTHER PENDING CASE AGAINST
### THESE DEFENDANTS

This case is set for trial on December 9, 2024.  While this case has been pending since 2018, this case was stayed pending appeal from March 23, 2020, to on or about December 12, 2021. The parties have extended the five-year for this case.  Therefore, a continuance of the trial as requested does not implicate California Code of Civil Procedure § 583.310.

Plaintiff FX Aviation Capital, LLC ("FX"), filed another action against these Defendants in United States District Court in South Carolina.  Summary judgment was granted against FX who appealed the judgment.  Oral argument on the appeal is set for December 11, 2024, in Richmond, Virginia.  It is an in-person only appearance.  Attached hereto as Exhibit A is the Oral Argument Notification.

A resolution of that case may be determinative of some or all of the issues in this case.

Therefore a continuance of the trial is necessary.  It is respectfully requested that this Court continue the trial until after February 24, 2025.

### II.

### GOOD CAUSE EXISTS TO GRANT THE REQUEST TO
### CONTINUE THE TRIAL

California Rules of Court, Rule 3.1332 provides that:

> A party seeking a continuance of the date set for trial, whether contested or uncontested or stipulated by the parties, must make the request for a continuance by a noticed motion or an ex parte application under rules in Chapter 4 of this division, with supporting declarations.

Further, California Rules of Court, Rule 3.1332(c) provides in pertinent part as follows:

> The court may grant a continuance only upon an affirmative showing of good cause requiring the continuance.  Circumstances that may indicate good cause

- 3 -

1   include:  (2)  The unavailability of a party because of death, illness, or other
2   excusable circumstances;....

3   Additionally, California <u>Rules of Court</u>, Rule 3.1332(d) provides grounds for a
4   continuance in this case as follows: (8) Whether trial counsel is engaged in another trial; (10)
5   Whether the interests of justice are best served by a continuance, by the trial of the matter, or by
6   imposing conditions on the continuance; and (11) Any other fact or circumstance relevant to the
7   fair determination of the motion or application.

8   In this case, Plaintiffs have instituted another proceeding against Defendants in the USDC
9   South Carolina Case.  That case is on appeal and the hearing is set at the same time this case is
10  set for trial.  Therefore, Defendants and their counsel will be engaged in that matter on December
11  11, 2024.  That date is firm, whereas this Court could be engaged in another matter.

12  Given this is a circumstance wholly created by Plaintiffs, their desires and preferences
13  must yield to those of Defendants.

14  **III.**

15  **PLAINTIFFS WILL NOT BE PREJUDICED BY A**
16  **CONTINUANCE OF THE TRIAL, BUT DEFENDANTS**
17  **WILL SUFFER PREJUDICE WITHOUT A CONTINUANCE**

18  No prejudice will result to Plaintiffs by a continuance in this case.  Plaintiffs will have
19  their day in court after the determination of the USDC South Carolina Case.

20  On the other hand, Defendants will be severely prejudiced if the trial is not continued.
21  Defendants are being forced to litigate the same claims in two forums at the same time and in
22  different states.   Moreover, Defendants need the South Carolina case resolved as it may
23  determine issues in this case.

24  Counsel for Defendants requested that Plaintiffs stipulate to a continuance.   Plaintiffs
25  refused.  Therefore, an order of this Court is required.

26
27
28

- 4 -

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

**IV.**

**CONCLUSION**

Based on the foregoing, it is respectfully requested that this Court grant this ex parte application to continue the Trial from December 9, 2024, to a date which is after February 24, 2025, to a date convenient to this Court.

Respectfully submitted.

DATED: October 30, 2024

SMITH LAW FIRM
A Professional Law Corporation

By: _____
CRAIG R. SMITH
Attorney for Defendants and
Cross-Complainants, LG AVIATION, INC.
and MARK LIKER

- 5 -

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

## DECLARATION OF CRAIG R. SMITH

I, CRAIG R. SMITH, declare as follows:

1.     I am an attorney at law duly licensed to practice before all the courts of the State of California and I am a shareholder of Smith Law Firm, attorneys for Defendants and Cross-Complainants Mark Liker and LG Aviation, Inc.  I have personal and first-hand knowledge of the facts stated herein and if called upon to testify in a court of law regarding these facts, I could and would do so competently.

2.     This case is set for trial on December 9, 2024.  While this case has been pending since 2018, this case was stayed pending appeal from March 23, 2020, to on or about December 12, 2021. The parties have extended the five-year for this case.  Therefore, a continuance of the trial as requested does not implicate California Code of Civil Procedure § 583.310.

3.     Plaintiff FX Aviation Capital, LLC ("FX"), filed another action against these Defendants in United States District Court in South Carolina.  Summary judgment was granted against FX who appealed the judgment.  Oral argument on the appeal is set for December 11, 2024, in Richmond, Virginia.  It is an in-person only appearance.  Attached hereto as Exhibit A is the Oral Argument Notification.

4.     A resolution of that case may be determinative of some or all of the issues in this case.

5.     Therefore a continuance of the trial is necessary.  It is respectfully requested that this Court continue the trial to a date after February 24, 2025.

6.     On October 18, 2024, I informed Craig Chisvin, counsel for Plaintiffs, that I was filing the instant ex parte application that would be heard on October 31, 2024, at 8:30 a.m.  Mr. Chisvin was further advised at the time of the hearing before this Court on October 24, 2024.

///

///

///

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

7.      Pursuant to the Court's order, Mr. Chisvin and I met and conferred.  I informed him that I needed the case continued to after February 24, 2024.  He had not yet conferred with clients about dates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 30, 2024, at Westake Village, California.

_____
CRAIG R. SMITH

- 7 -

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

# EXHIBIT A

Filed: October 10, 2024

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## ORAL ARGUMENT NOTIFICATION

| | |
|---|---|
| **ORAL ARGUMENT NOTIFICATION** | Please take notice that this case has been scheduled for oral argument as set forth below. |
| **CASE** | **No. 24-1027,** **FX Aviation Capital LLC v. Hector Guerrero**<br>6:22-cv-01254-HMH |
| **PLACE** | Lewis F. Powell, Jr., United States Courthouse<br>1000 East Main Street<br>Richmond, Virginia 23219 |
| **ENTRANCE & CHECK-IN** | Enter at 1000 East Main St. and check-in at Room 101 (Library)<br>The entrance opens at 7:30 AM during court week. |
| **DATE** | **12/11/2024** |
| **SESSION STARTING TIME** | **9:30 am** |
| **CHECK-IN TIME** | **8:45 - 9:00 am** |
| **ORAL ARGUMENT ACKNOWLEDGMENT FORM TO BE FILED WITHIN 7 DAYS** | Arguing counsel must file the **ORAL ARGUMENT ACKNOWLEDGMENT FORM** within 7 calendar days of service of this notification. (Click link to access form. ECF Event: **Oral Argument Acknowledgement**.) |
| **COURTHOUSE INFORMATION** | <ul><li>Picture ID is required.</li><li>No food, water, other beverages, or potential weapons allowed.</li><li>Electronic devices permitted for counsel and their staff. Devices must be turned off in the courtroom, unless being used by counsel (in silent mode) during presentation of argument.</li><li>For hearing assistance or other access accommodations, call 804-916-2714 in advance of argument date.</li><li>Directions, hotel, and parking information are available at **www.ca4.uscourts.gov/oral-argument/visiting-the-court** .</li></ul> |
| **CJA CASES** | CJA attorneys traveling by plane or train must submit a Travel Authorization through CJA eVoucher with an estimated ticket cost (use YCA rate in **City-Pair Government Coach Airfares**). Once the court has approved the Travel Voucher through CJA |

eVoucher, counsel should call the National Travel Service at 800-445-0668 to obtain government-rate plane or train reservations.

**ARGUMENT TIME**

Each side is normally allowed 20 minutes; if more than one attorney is arguing per side, they must agree on how the time is to be divided. In social security, black lung, and labor cases in which the issue is whether the agency's decision is supported by substantial evidence, and in criminal cases in which the issue is application of the sentencing guidelines, each side is limited to 15 minutes. In en banc cases, each side receives 30 minutes. Appellants & cross-appellants may reserve up to 1/3 of the time for rebuttal.

**IDENTITY OF PANEL & ORDER OF CASES**

The identity of the panel hearing a case is not disclosed until the morning of argument. The order of cases is subject to change until the morning of argument and is announced in the courtroom.

**MOTIONS TO SEAL**

Any motion to seal the courtroom for oral argument must be filed at least 5 days prior to argument and state whether opposing counsel consents to the motion.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 21550 Oxnard St., Suite 760, Woodland Hills, California 91367.

On October 30, 2024, I served the following document(s) described as **EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH** on all interested parties to this action, as follows:

☒      by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Craig L. Chisvin
CLC LAW GROUP, APC
11400 W. Olympic Blvd., Suite 1400
Los Angeles, CA 90064
Telephone No.: (310) 365-2200
Facsimile No.: (310) 820-8485
Email: craig@clclawgroup.com

Attorneys for Plaintiffs & Cross-Defendants
FX Aviation Capital, LLC and
CF Aviation Trust, LLC

☐      BY MAIL: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with our office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒      BY EMAIL: I caused this document to be served by electronic service to the email address(es) listed on the Service List.

☐      BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 30, 2024, at Woodland Hills, California.

_____
CRAIG R. SMITH

- 8 -

**EX PARTE APPLICATION TO CONTINUE THE TRIAL; DECLARATION OF CRAIG R. SMITH**

# EXHIBIT B

Craig L. Chisvin (SBN 191825)
**CLC LAW GROUP, APC**
11400 W. Olympic Blvd., Suite 1400
Los Angeles, CA 90064
Telephone No.: (310) 365-2200
Facsimile No.: (310) 820-8485
Email: craig@clclawgroup.com

Attorneys for Plaintiffs & Cross-Defendants
FX Aviation Capital, LLC and
CF Aviation Trust, LLC

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| FX AVIATION CAPITAL, LLC, a South Carolina limited liability company; CF AVIATION TRUST, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> AIRLUX AIRCRAFT, INC., a California corporation; LG AVIATION, INC., a Delaware corporation; and DOES 1 to 50, inclusive, <br><br> Defendants. | CASE NO. CIVDS1818632 <br> *(Assigned to Hon. Thomas S. Garza, Dept. S27)* <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL** <br><br> Hearing Date: October 31, 2024 <br> Time: 8:30 A.M. <br> Location: Department S27 |

AND RELATED CROSS-ACTIONS.

I.    **INTRODUCTION**

Plaintiffs oppose Defendants' motion to continue the trial currently scheduled for December 9, 2024. Defendants seek this continuance due to a claimed scheduling conflict arising from a federal RICO case in the Fourth Circuit Court of Appeals, in which Defendants' counsel represents a party. However, alternative options are available to Defendants' counsel to address this conflict without delaying the trial in this matter.

II.    **ARGUMENT**

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL    1

1. **Defendants' Counsel Can Request Postponement of the Federal RICO Oral Argument Pursuant to Fourth Circuit Local Rule 34(b)**

Under Fourth Circuit Local Rule 34(b), counsel has the opportunity to request a postponement of oral argument in the federal RICO case. This rule exists to prevent conflicts without imposing delays on unrelated cases, such as this one. Defendants' counsel has chosen not to pursue this reasonable option, suggesting that the requested trial continuance may serve as a convenient excuse to delay proceedings in this matter rather than a true necessity. The availability of Rule 34(b) allows counsel to honor their obligations in both cases without undue impact on this trial.

2. **Continuing the Trial Would Unduly Burden Plaintiff's Key Witness, a State Senator**

Plaintiffs' primary witness is Joshua Kimbrell, a state senator whose legislative session begins in January 2025 and will continue for six months. Scheduling the trial during this period would require the senator's absence from his legislative duties for approximately one week, during which he would be unable to vote on critical legislative matters, thereby impacting his constituents' representation. A delay in this trial would therefore result in a significant disruption, whereas proceeding as scheduled minimizes this burden.

### III.    <u>CONCLUSION</u>

Given that Defendants' counsel has a viable alternative under the Fourth Circuit's Local Rule 34(b) to manage the conflict without impacting this case, and that a delay would unduly burden Plaintiff's witness and his legislative responsibilities, Plaintiffs respectfully request that the Court deny Defendants' motion to continue the trial date.

Dated: October 30, 2024                              CLC LAW GROUP, APC


By:   /s/ Craig L. Chisvin
Craig L. Chisvin, Esq.,
Attorneys for Plaintiffs and & Cross-Defendants FX AVIATION CAPITAL LLC, and CF AVIATION TRUST, LLC

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL**   2

## **DECLARATION OF CRAIG L. CHISVIN**

I, Craig L. Chisvin, declare as follows:

1. I am an attorney duly admitted to practice before this Court and I am an attorney with CLC Law Group, APC, attorneys of record for Plaintiffs herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Defendants seek an ex parte continuance due to an alleged scheduling conflict with a federal RICO case in the Fourth Circuit Court of Appeals, where Defendants' counsel also represents a party.

3. Defendants' counsel could request a postponement of oral argument in the federal case under Fourth Circuit Local Rule 34(b) to avoid a scheduling conflict with this trial. However, counsel has not done so.

4. Upon information and belief, Defendants' counsel has not made any such request under Fourth Circuit Local Rule 34(b) to reschedule the federal oral argument, which suggests that the ex parte application for a trial continuance in this case is not truly necessary and that other reasonable avenues remain unexplored.

5. Plaintiffs' key witness is a state senator whose legislative session runs from January to June 2025. A continuance into this period would require the senator's absence from legislative duties, depriving his constituents of representation and making it difficult for him to testify.

6. If the trial is continued to a date within the senator's legislative session, Kimbrell would be required to be absent from his official duties for up to a week, thereby preventing him from fulfilling his responsibilities and depriving his constituents of their elected representative during this period. Proceeding with the trial as scheduled in December 2024 would avoid this disruption and allow the senator to both serve as a witness and fulfill his legislative duties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 30, 2024

By: ___/s/ Craig L. Chisvin_____
Craig L. Chisvin, Esq.,

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL** 3

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-entitled action, my business address is: 11400 W. Olympic Blvd., Suite 1400, Los Angeles, CA 90064.

On October 30, 2024, I served the foregoing document described as **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL** on the parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Craig R. Smith, Esq.
**SMITH LAW FIRM**
2629 Townsgate Road, Suite 235-1102
Wstlake Village, CA 91361
Tel: (818) 703-6057
Fax: (818) 703-6058
Email: csmith@smithlf.com
***Attorneys for Defendants & Cross-Complainants***
***LG Aviation, Inc. and Mark Liker***

☐     **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐     **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by overnight service, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐     **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile on the date referenced above. The facsimile machine I used complied with *California Rules of Court, Rule 2003(3)* and the transmission was reported as complete and without error.

☒     **BY ELECTRONIC MAIL:** I caused the document(s) to be sent to the person(s) at the electronic notification address(es) listed above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2024, at Los Angeles, CA.

/s/ Mikael Avagyan

_____
Mikael Avagyan

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL**   4

EXHIBIT C

**From:** Foster, Bill
**Sent:** Monday, November 18, 2024 10:49 AM
**To:** Craig R. Smith
**Subject:** RE: Draft Email for Smith/Townes Johnson

Craig,

Thanks for following up.

Our client does not consent to a continuance of the Fourth Circuit argument set for December 11, 2024.

Best regards,

**Bill Foster**
Shareholder
864.775.3191 direct, 864.915.9989 mobile
BFoster@littler.com



Labor & Employment Law Solutions | Local Everywhere
110 E Court St, Suite 201, Greenville, SC 29601

**From:** Craig R. Smith <csmith@smithlf.com>
**Sent:** Monday, November 18, 2024 1:40 PM
**To:** Foster, Bill <BFoster@littler.com>
**Subject:** RE: Draft Email for Smith/Townes Johnson


**[EXTERNAL E-MAIL]**


Hi Bill,

Do you have a response to my request to continue the hearing? I need to address this with the Court today.

Thanks.

Craig

**NOTE OUR NEW ADDRESS**

Craig R. Smith, Esq.
Smith Law Firm, APC
2629 Townsgate Road, Suite 235-1012
Westlake Village, California 91361
Telephone: (818) 703-6057

Facsimile: (818) 337-7320


PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

IRS Circular 230 disclosure: Nothing in this communication, including any attachments, is intended to constitute any tax advice or tax consultation and should not be used, considered or relied upon in connection with any tax issues or obligations. To ensure compliance with Treasury Department regulations, we inform you that nothing in this email or any attachments is intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.

---

**From:** Craig R. Smith
**Sent:** Thursday, November 14, 2024 1:32 PM
**To:** Foster, Bill <BFoster@littler.com>
**Subject:** RE: Draft Email for Smith/Townes Johnson

Thanks Bill.

As we discussed, please advise if your clients will stipulate to move the December 11 hearing date.

Thanks

Craig

**NOTE OUR NEW ADDRESS**

Craig R. Smith, Esq.
Smith Law Firm, APC
2629 Townsgate Road, Suite 235-1012
Westlake Village, California 91361
Telephone: (818) 703-6057
Facsimile: (818) 337-7320


PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the

electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

IRS Circular 230 disclosure: Nothing in this communication, including any attachments, is intended to constitute any tax advice or tax consultation and should not be used, considered or relied upon in connection with any tax issues or obligations. To ensure compliance with Treasury Department regulations, we inform you that nothing in this email or any attachments is intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.

---

**From:** Foster, Bill <BFoster@littler.com>
**Sent:** Thursday, November 14, 2024 12:57 PM
**To:** Craig R. Smith <csmith@smithlf.com>; tjohnson@sclegal.com
**Subject:** FW: Draft Email for Smith/Townes Johnson

Craig & Townes,

Looks like the attached text order was not included in the record on appeal.

We plan to move to supplement the record to include it and believe it will address the request that the parties provide a supplemental briefing, saving us all the time and effort of having to brief the § 1291 issue.

Let us know if you all will consent to adding it to the record on appeal. We plan to file the attached motion tomorrow and think it seems like an issue we could agree upon.

Happy to discuss as needed.

**Bill Foster**
Shareholder
864.775.3191 direct, 864.915.9989 mobile
BFoster@littler.com



Labor & Employment Law Solutions | Local Everywhere
110 E Court St, Suite 201, Greenville, SC 29601


--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.