FILED: November 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1027
(6:22-cv-01254-HMH)
_____

FX AVIATION CAPITAL LLC

      Plaintiff - Appellant

v.

HECTOR GUERRERO; MARK LIKER; ANATOLY GALUNOV; AIRLUX AIRCRAFT INC., f/k/a Stratus Aircraft; LG AVIATION INC.

      Defendants - Appellees

and

VARGHESE SAMUEL

      Defendant

_____

O R D E R
_____

This case was previously scheduled for oral argument. At the direction of the court, the case is removed from the argument calendar. Further, the court denies as moot appellant's motion to continue oral argument.

For the Court

/s/ Nwamaka Anowi, Clerk